UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

     Plaintiff,

v.                                 CASE NUMBER:    3:16-00162

JAMES C. MCWHORTER

     Defendant.
     _____/

## APPEARANCE

To the Clerk of this court and all parties of record:

     I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

     Enter my appearance as counsel in this case for **James C. McWhorter**.

Dated:  August 11, 2016

                                         Northern District of Indiana
                                         Federal Community Defenders, Inc.

                                         By:   s/ Peter L. Boyles
                                           Peter L. Boyles, Staff Attorney
                                           227 S. Main Street, Suite 100
                                           South Bend, IN 46601
                                           Phone:  (574) 245-7393
                                           Fax:  (574) 245-7394
                                           eMail: peter_boyles@fd.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>August 11, 2016</u> I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                <u>/s/ Peter L. Boyles</u>
                Peter L. Boyles, Staff Attorney
                Northern District of Indiana
                Federal Community Defenders, Inc.